IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

               Plaintiff          :

vs.          :          Case No. 07-169(CKK)

RENE LILLICOTCH          :

               Defendant          :

## PRAECIPE

**MR. CLERK:**

YOU WILL PLEASE ENTER the appearance of Charles Norman Shaffer, Esquire, and Charles Norman Shaffer, Chartered as attorney for the captioned defendant.

Respectfully submitted,

CHARLES NORMAN SHAFFER, CHARTERED

By: _____/ s /_____
CHARLES NORMAN SHAFFER, Esquire
DC Bar No. 76117
P.O. Box 190
Damascus, Maryland 20872
(410) 489-4309
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing **PRAECIPE** has been served upon John D. Griffith, Esquire, AUSA, United States Attorney's Office, Judiciary Center, 555 4th street NW, Washington, DC 20530, via US Mail, postage prepaid on this 25th day of July, 2007.

_____/s/_____
Charles N. Shaffer