U.S. Department of Justice
U.S. Attorneys

FILED

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

RENE LILLICOTCH,

DEFENDANT.

Case No. 07-169 (CKK)

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __25TH__ day of __JULY 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __JULY 30, 2007__ by __SA DANIEL DAMRON & SA GORDON CUMMINGS__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FEDERAL BUREAU OF INVESTIGATION, WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA DAMRON, FBI & SA CUMMINGS, GSA-OIG__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

(U.S. Magistrate) DEBORAH A. ROBINSON

DEFENSE COUNSEL

DOJ USA-16-1-80