CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

September 6, 2007

UNITED STATES OF AMERICA

v.                                                                Criminal No. **07cr169**

**RENE LILLICOTCH**

## CRIMINAL NOTICE

Please be advised that the Sentencing previously set for October 24, 2007, in the above entitled case is hereby vacated, and that the Sentencing has been RESCHEDULED in Court one day earlier as set out below:

| | |
|---|---|
| CASE SET FOR: | SENTENCING |
| DATE: | TUESDAY, OCTOBER 23, 2007 |
| TIME: | 9:30 A.M. |
| JUDGE: | COLLEEN KOLLAR-KOTELLY |
| COURTROOM: | NO. 28A |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: __Dorothy Patterson__
Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk
      Charles Shaffer, Esq.
      John Griffith, AUSA
      Kelli Cave, U.S. Probation Officer
      Pretrial Services