**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  07-169 (CKK)** |
| | **:** | |
| **RENE LILLICOTCH,** | **:** | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO VACATE SCHEDULING DATES**

Plaintiff, United States of America, by and through its attorney, the United States

Attorney for the District of Columbia, hereby submits the following unopposed motion to vacate the

current scheduling dates in the above-captioned matter and set a status hearing for Tuesday, October

23, 2007 at 9:30 a.m. (currently scheduled sentencing time).    In support of this request, the

government states as follows:

1.  On July 25, 2007, before the Honorable Deborah Robinson, United States Magistrate

Judge, defendant Rene Lillicotch pled guilty to one count of conspiracy to commit mail fraud, in

violation of 18 U.S.C. Section 371.  At the time of his guilty plea, Judge Robinson set a sentencing

date of Wednesday, October 24, 2007 at 11:15 a.m.  On September 6, 2007, this Court changed the

sentencing date to Tuesday, October 23, 2007 at 9:30 a.m.

2.  This case is related to United States v. Anderson, Crim. No. 07-117 (CKK) and United

States v. Shahriari, Crim. No. 07-137 (CKK).  In both of these related cases, the defendants are

cooperating with law enforcement authorities in the investigation of other individuals.  In those

cases, the Court has set status hearing dates, but has not yet scheduled sentencing dates.

3.  Pursuant to the plea agreement in this matter, defendant Lillicotch is cooperating with law

enforcement authorities in the investigation of other individuals.  In light of this continued

cooperation, the government respectfully requests that the scheduling dates for the Sentencing

hearing and the Presentence Investigation Report disclosure be vacated and that a status hearing be scheduled for Tuesday, October 23, 2007 at 9:30 a.m.

4. Counsel for the defendant has stated that the defendant concurs with this motion. In addition, the Presentence Investigation Report has not yet been disclosed and the U.S. Probation Office does not object to this request.

WHEREFORE, the government respectfully requests that the current scheduling dates for sentencing and the Presentence Investigation Report be vacated and that a status hearing be scheduled for Tuesday, October 23, 2007 at 9:30 a.m. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

By:    _____/s/_____
JOHN GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | **Criminal No. 07-169 (CKK)** |
| | : | |
| RENE LILLICOTCH, | : | |

**ORDER**

Upon consideration of the government's unopposed motion to vacate scheduling dates, and the entire record herein, it is hereby,

**ORDERED** that the government's unopposed motion to vacate scheduling dates is **GRANTED**; and it is

**FURTHER ORDERED** that the dates for sentencing and disclosure and objections to the Presentence Investigation Report hereby are, **VACATED,** and that a **STATUS HEARING** shall be held on **Tuesday, October 23, 2007 at 9:30 a.m.** Dates for the sentencing hearing and disclosure and objections to the Presentence Investigation Report will be rescheduled in a future order.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


_____
DATE