UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 07-169 (CKK) |
| RENE LILLICOTCH, | : | |

**FILED**

SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the government's unopposed motion to vacate scheduling dates, and the entire record herein, it is hereby,

**ORDERED** that the government's unopposed motion to vacate scheduling dates is **GRANTED**; and it is

**FURTHER ORDERED** that the dates for sentencing and disclosure and objections to the Presentence Investigation Report hereby are, **VACATED,** and that a **STATUS HEARING** shall be held on **Tuesday, October 23, 2007 at 9:30 a.m.** Dates for the sentencing hearing and disclosure and objections to the Presentence Investigation Report will be rescheduled in a future order.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Sept. 21, 2007
DATE