UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**RENE LILLICOTCH**,<br><br>Defendant. | Crim. Action No. 07cr169  (CKK)<br><br>**FILED**<br>OCT 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

The Court has received a copy of Magistrate Judge Deborah Robinson's Report and Recommendation dated July 25, 2007. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 23rd day of October, 2007, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

