UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RENE LILLICOTCH,

Defendant.

Crim. Action No. 07cr169  (CKK)

**FILED**

OCT 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Court has received a copy of Magistrate Judge Deborah Robinson's Report and Recommendation dated July 25, 2007. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 23rd day of October, 2007, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

COLLEEN KOLLAR-KOTELLY
United States District Judge

