UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-169 |
| | : | Judge Colleen Kollar-Kotelly |
| RENE LILLICOTCH | : | **FILED** |
| Defendant | : | MAY 2 9 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

The probation office shall file its Presentence Report by no later than JULY 11, 2008.

The Parties shall file its Memorandum in Aid of Sentencing by no later than JULY 18, 2008, it is further;

The Parties shall file any Responses by no later than JULY 25, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on AUGUST 7, 2008 AT 12:30 P.M.

IT IS SO ORDERED,

Date: May 29, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers         Pretrial
      Files            John Griffith, AUSA
      Probation        Charles Shaffer, Esquire